IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-cr-138-MEF |
| | ) | |
| WILLIE CURRY JOHNSON | ) | |

# **O R D E R**

After an independent review of the file, it is the

ORDER, JUDGMENT and DECREE of the court that:

(1) The Objections to Findings and Recommendations of Magistrate Judge (Doc. #75) filed by the defendant on January 20, 2009 are overruled;

(2) The Recommendation of the Magistrate Judge (Doc. #61) entered on January 12, 2009 is adopted;

(3) The defendant's motions to suppress (Doc. #41 & #42) are DENIED.

DONE this the 22nd day of January, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE